# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135167-135169 & (58)
135171

CONCERNED CITIZENS OF
ACME TOWNSHIP,
    Plaintiff-Appellee,

v

ACME TOWNSHIP and ACME
TOWNSHIP BOARD OF TRUSTEES,
    Defendants/Third-Party
    Plaintiffs-Appellants,
and

VILLAGE AT GRAND TRAVERSE, LLC,
    Intervening Defendant/Third-Party
    Defendant-Appellee,
and

MEIJER, INC.,
    Intervening Defendant-Appellee.
_____

SC: 135167
COA: 264109
Grand Traverse CC: 04-024346-AS

ACME TOWNSHIP and ACME
TOWNSHIP BOARD OF TRUSTEES,
    Plaintiffs-Appellants,

v

VILLAGE AT GRAND TRAVERSE, LLC,
and MEIJER, INC.,
    Defendants-Appellees.
_____

SC: 135168
COA: 265753
Grand Traverse CC: 05-024483-CH

VILLAGE AT GRAND TRAVERSE, LLC,
and MEIJER, INC.,
    Plaintiffs -Appellees,

v

ACME TOWNSHIP and ACME
TOWNSHIP BOARD OF TRUSTEES,
    Defendants-Appellants.
_____

SC: 135169
COA: 265962
Grand Traverse CC: 04-024346-AS

CONCERNED CITIZENS OF
ACME TOWNSHIP,
          Plaintiff-Appellant,

v

ACME TOWNSHIP and ACME
TOWNSHIP BOARD OF TRUSTEES,
          Defendants/Third-Party
          Plaintiffs-Appellees,
and

VILLAGE AT GRAND TRAVERSE, LLC,
          Intervening Defendant/Third-Party
          Defendant-Appellee,
and

MEIJER, INC.,
          Intervening Defendant-Appellee.
_____

SC: 135171
COA: 264109
Grand Traverse CC: 04-024346-AS

          On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



          I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2008

_____
                    Clerk